**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| LAWRENCE PETERSON,        )<br>                            )<br>           Plaintiff,      )<br>   vs.                     )     No. 1:07-cv-961-LJM-JMS<br>                            )<br>CAPTAIN HOLLOWAY, et al.,   )<br>                            )<br>           Defendants.     ) | |

**E N T R Y**

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to comply with the directions issued in the Entry of January 7, 2008.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date: 02/07/2008

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana