UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LAWRENCE PETERSON,            )<br>                              )<br>           Plaintiff,          )<br>     vs.                      )     No. 1:07-cv-961-LJM-JMS<br>                              )<br>CAPTAIN HOLLOWAY, et al.,      )<br>                              )<br>           Defendants.         ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 2/7/2008

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Distribution:

Lawrence Peterson
#892938
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064